**No. 11-5214. Herman Ezekiel Frederick, Petitioner v. United States.**

565 U.S. 895, 132 S. Ct. 282, 181 L. Ed. 2d 169, 2011 U.S. LEXIS 5723.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 382 Fed. Appx. 58.

**No. 11-5215. Luis Jose Granados-Arvizu, Petitioner v. United States.**

565 U.S. 895, 132 S. Ct. 282, 181 L. Ed. 2d 169, 2011 U.S. LEXIS 5553.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 421 Fed. Appx. 294.

**No. 11-5216. John Felder, Petitioner v. Indiana.**

565 U.S. 895, 132 S. Ct. 283, 181 L. Ed. 2d 169, 2011 U.S. LEXIS 5427.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Second District, denied.

Same case below, 930 N.E.2d 83.

**No. 11-5217. Dennis R. Gilliland, Petitioner v. Glen Turner, Warden.**

565 U.S. 895, 132 S. Ct. 283, 181 L. Ed. 2d 169, 2011 U.S. LEXIS 5681.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5219. Dewan Anthony Horne, Petitioner v. United States.**

565 U.S. 895, 132 S. Ct. 283, 181 L. Ed. 2d 169, 2011 U.S. LEXIS 5712.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-5220. Keith Frazier, Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections, et al.**

565 U.S. 895, 132 S. Ct. 283, 181 L. Ed. 2d 169, 2011 U.S. LEXIS 5656.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 417 Fed. Appx. 768.

**No. 11-5221. Shawn Cory Freitag, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.**

565 U.S. 895, 132 S. Ct. 283, 181 L. Ed. 2d 169, 2011 U.S. LEXIS 5749.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.